# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

GARY B. POSEY, on behalf of A.S.P.,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security
Administration,

    Defendant.

Case No. CIV-05-446-RAW

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On January 29, 2007, Magistrate Judge Shreder entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 13th day of February, 2007.

**Dated this 13th Day of February 2007.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma